**Order entered May 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01383-CV

**ENTERPRISE PRODUCTS PARTNERS, L.P., ET AL., Appellants**

**V.**

**ENERGY TRANSFER PARTNERS, L.P., ET AL., Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-12667**

## ORDER

We **GRANT** appellees' May 13, 2015 unopposed second motion for an extension of time to file their appellees'/cross-appellants' brief. Appellees shall file their combined brief by **JUNE 29, 2015**. We caution appellees that no further extension of time will be granted absent extraordinary circumstances.

/s/      CRAIG STODDART
JUSTICE